IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-2696-AP**

**In re: BARTON SCHOCKE BEASLEY, d/b/a FUNRAY SPAS**,

    Debtor.

**BARTON SCHOCKE BEASLEY, d/b/a FUNRAY SPAS,**

    Appellant,

v.

**DENNIS W. KING and
DOUGLAS C. PEARCE, II,**

    Appellees.

**ORDER**

Kane, J.

This matter is before the court on the Notice of Settlement and Unopposed Motion to Hold Case is Abeyance Pending Bankruptcy Court Approval of Settlement (doc. #14), filed March 5, 2009. The motion is GRANTED. This case is STAYED up to and including April 30, 2009, at which time the parties shall file their motion to dismiss or a status report.

Dated: March 12, 2009.

BY THE COURT:

S/**John L. Kane**
John L. Kane, Senior Judge
United States District Court