IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **08-cv-2696-AP**

**In re: BARTON SCHOCKE BEASLEY, d/b/a FUNRAY SPAS**,

      Debtor.

**BARTON SCHOCKE BEASLEY, d/b/a FUNRAY SPAS,**

      Appellant,

v.

**DENNIS W. KING and**
**DOUGLAS C. PEARCE, II,**

      Appellees.

---

**ORDER**

---

Kane, J.

This matter is before the court on the Stipulated Motion to Dismiss Appeal (doc. #17), filed May 1, 2009. The Motion requests that this appeal be dismissed due to settlement. Accordingly, it is

HEREBY ORDERED that:

(1) The Motion is GRANTED. Fed. R. Bankr. P. 8001(c)(2).

(2) Any deadlines previously set by the Court are VACATED.

(3) This appeal is DISMISSED.

Dated:  May 1, 2009.

                        BY THE COURT:

                        *S/John L. Kane*
                        John L. Kane, Senior Judge
                        United States District Court